**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Kristina Oliver, individually and on behalf of all others similarly situated** | ) ) ) | **Case No.  1:16-cv-05177** |
| **Plaintiff,** | ) ) | **DEFENDANTS TTC-AMERIDIAL, LLC AND AMERIDIAL, INC.'S MOTION** |
| **vs.** | ) ) | <u>**FOR SUMMARY JUDGMENT**</u> |
| **TTC-AMERIDIAL, LLC, and AMERIDIAL, INC.** | ) ) ) | |
| **Defendants.** | ) ) | |

In accordance with Fed. R. Civ. P 56, Defendants TTC-Ameridial, LLC, and Ameridial, Inc. (collectively "Defendants") request this Court grant their motion for summary judgment and dismiss Plaintiff Kristina Oliver's complaint with prejudice.  The reasons for the motion are provided in Defendants' memorandum in support.

Defendants therefore request this Court grant their motion for summary judgment and dismiss Oliver's complaint with prejudice.

Dated: August 28, 2017          Respectfully submitted,

  */s/ Jeffrey S. Bunn*

LATIMER LEVAY FYOCK, LLP
Jeffrey S. Bunn, IL #3126903
55 W. Monroe St., 11th Floor
Chicago, Illinois 60603
Telephone: (312) 422-8000
Facsimile: (312) 422-8001
Email: jbunn@llflegal.com

-and-

COPILEVITZ & CANTER, LLC
William E. Raney, MO #46954 (*Pro hac*)
Kellie Mitchell Bubeck, MO #65573 (*Pro hac vice*)
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-9000
Facsimile: (816) 472-5000
Email: braney@cckc-law.com
　　　 kmitchell@cckc-law.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following parties via the

Court's CM/ECF electronic filing system on this 28th day of August, 2017:

WOODROW & PELUSO, LLC
Steven L. Woodrow
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Email: swoodrow@woodrowpeluso.com

LAW OFFICES OF STEFAN COLEMAN, P.A.
Stefan Coleman
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Email: law@stefancoleman.com

MCCALLISTER LAW GROUP, LLC
Marc McCallister
120 North LaSalle St., Suite 2800
Chicago, IL 60602
Telephone: (312) 345-0611
Email: eme@mccallisterlawgroup.com

         _/s/ *William E. Raney*_
         William E. Raney